# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # 6

---

Rimoues

-v-

Democratic National Committee

U.S.C.A. # _____

U.S.D.C. # 08-cv-1094

JUDGE: KMW

DATE: 2/29/2008

*[Stamp: U.S. DISTRICT COURT FILES, FEB 29 2008]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------

**DOCUMENT DESCRIPTION**                                              **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 29th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Primous*

-v-

*Democratic Nat. Comm.*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1094

JUDGE: KMW

DATE: 2/29/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01094-KMW
### Internal Use Only

Primous v. Democratic National Committee
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 02/04/2008
Date Terminated: 02/04/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Matthew Scott Primous.(mbe) (Entered: 02/13/2008) |
| 02/04/2008 | 2 | COMPLAINT against Democratic National Committee. Document filed by Matthew Scott Primous.(mbe) (Entered: 02/13/2008) |
| 02/04/2008 | | Magistrate Judge Michael H. Dolinger is so designated. (mbe) (Entered: 02/13/2008) |
| 02/04/2008 | 3 | ORDER OF DISMISSAL: I grant his application to proceed in forma pauperis, but dismiss the complaint for the following reasons. Accordingly, the complaint, is dismissed as frivolous and for failure to state a claim upon which relief may be granted. I certify pursuant to 28 U.S.C. 1915(e)(2)(B)(i)(ii). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/2008) (mbe) (Entered: 02/13/2008) |
| 02/04/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/2008) (mbe) (Entered: 02/13/2008) |
| 02/22/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Matthew Scott Primous. (tp) Modified on 2/29/2008 (tp). (Entered: 02/29/2008) |
| 02/22/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Matthew Scott Primous. $455.00 APPEAL FEE DUE. IFP REVOKED 2/4/08. (tp) (Entered: 02/29/2008) |
| 02/29/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/29/2008) |
| 02/29/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/29/2008) |